UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21064-CIV-KING

ZAHRA AWADALLAH,

    Plaintiff(s),

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant(s).      /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Zahra Awadallah and Defendant, Metropolitan Life Insurance Company by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: October 4, 2017

| | |
|---|---|
| By: */s/ Alexander Palamara* | By: */s/ Stephanie A. Segalini* |
| ALEXANDER PALAMARA, ESQ. | STEPHANIE A. SEGALINI, ESQ. |
| Fla. Bar No. 0037170 | Fla. Bar No. 096230 |
| DELL AND SCHAEFER CHARTERED | HINSHAW & CULBERTSON LLP |
| Counsel for Plaintiff | Counsel for the Defendant |
| 2404 Hollywood Boulevard | 100 South Ashley Drive, Suite 500 |
| Hollywood, FL 33020 | Tampa, FL 33602 |
| T(954) 620-8300 | T(813) 276-1662 |
| F(954) 922-6864 | F(813) 276-1956 |

Email Alex@diattorney.com                              Email ssegalini@hinshawlaw.com