UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21064-CIV-KING

ZAHRA AWADALLAH,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the Joint Stipulation for Dismissal with Prejudice (D.E. #13) filed October 25, 2017, in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **July 6, 2018** and the **Trial** previously set for **September 24, 2018** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of October, 2017.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record